

# NUMBER 13-26-00173-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SANDRA FLORES
AND ANITA M. FLORES,                                        Appellants,

v.

PROPEL TAX
AND JAVIER HERNANDEZ,                                       Appellees.

## ON APPEAL FROM THE 92ND DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Justice Cron**

This matter is before the Court on an agreed motion to dismiss. In said motion, the parties represent to us that they have resolved their differences and now request that we dismiss the appeal.

The Court, having considered the motion, is of the opinion that it should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the agreed motion to dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
9th day of April, 2026.